NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-835

STATE OF LOUISIANA

VERSUS

RODGER HARRISON, JR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 07-1833
HONORABLE JAMES R. MCCLELLAND, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYLLIS M. KEATY
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Phyllis M. Keaty, Judges.

CONVICTION AND SENTENCE AFFIRMED;
MOTION TO WITHDRAW GRANTED.

J. Phillip Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, Louisiana 70560
Counsel for Appellee:
        State of Louisiana

Edward K. Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, Louisiana 70602-1641
Counsel for Defendant/Appellant:
        Rodger Harrison, Jr.

**Rodger Harrison, Jr.**
**In Proper Person**
**#368417, Hickory – 3**
**Louisiana State Penitentiary**
**Angola, Louisiana  70712**
**Defendant/Appellant**

**KEATY, Judge.**

Defendant, Rodger Harrison, Jr., was charged by bill of information with armed robbery with a firearm, a violation of La.R.S. 14:64.3. The State later amended the bill to charge Defendant with armed robbery, a violation of La.R.S. 14:64, after the State learned that a toy gun was collected near the crime scene. Following a trial by jury on November 6, 2009, Defendant was convicted of armed robbery. On December 17, 2009, Defendant was sentenced to fifty years at hard labor without the benefit of probation, parole, or suspension of sentence. The State filed a habitual offender bill. On February 5, 2010, Defendant was adjudicated a second felony offender, his previous fifty-year sentence for armed robbery was vacated, and a new sentence of sixty years at hard labor without the benefit of probation, parole, or suspension of sentence was imposed.

Defendant filed a pro se brief requesting that this court conduct an error patent review of the entire trial court record. In addition, Defendant's appellate counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). Having found no errors patent, we affirm Defendant's conviction and sentence and grant the motion to withdraw.

## FACTS

On June 5, 2007, Defendant robbed the Food-n-Fun Store in New Iberia. After the store manager, Ms. Nathan, exited the store carrying a deposit bag containing $13,000 in cash and $600 to $700 in checks, Defendant displayed a gun and told her to give him the money. Ms. Nathan dropped the deposit bag, and Defendant picked it up and ran off.

# DISCUSSION

*Errors Patent*

In accordance with La.Code Crim.P. art. 920, all appeals are reviewed by this court for errors patent on the face of the record. After a thorough review, we have found no errors patent.

*Anders*

Defendant's appellate counsel has filed a brief stating he could find no errors on appeal that would support reversal of Defendant's conviction or sentence. Appellate counsel asserts sufficient evidence was presented by the State to support the conviction, the sentence is not constitutionally excessive, and he found no non-frivolous issues to raise on appeal nor any ruling of the trial court to arguably support the appeal. Thus, counsel seeks to withdraw.

In *State v. Benjamin*, 573 So.2d 528, 531 (La.App. 4 Cir. 1990), the fourth circuit explained the *Anders* analysis:

> When appointed counsel has filed a brief indicating that no non-frivolous issues and no ruling arguably supporting an appeal were found after a conscientious review of the record, *Anders* requires that counsel move to withdraw. This motion will not be acted on until this court performs a thorough independent review of the record after providing the appellant an opportunity to file a brief in his or her own behalf. This court's review of the record will consist of (1) a review of the bill of information or indictment to insure the defendant was properly charged; (2) a review of all minute entries to insure the defendant was present at all crucial stages of the proceedings, the jury composition and verdict were correct and the sentence is legal; (3) a review of all pleadings in the record; (4) a review of the jury sheets; and (5) a review of all transcripts to determine if any ruling provides an arguable basis for appeal. Under C.Cr.P. art. 914.1(D) this Court will order that the appeal record be supplemented with pleadings, minute entries and transcripts when the record filed in this Court is not sufficient to perform this review.

Pursuant to *Anders* and *Benjamin*, we have performed a thorough review of the record, including pleadings, minute entries, the charging instrument, and the transcripts. Defendant was properly charged by bill of indictment which was

2

amended. Defendant was present and represented by counsel at all crucial stages of the proceedings. After an independent review of the trial transcript, which included several objections by Defendant's attorney which were overruled, we find no non-frivolous issues and no trial court ruling which arguably supports the basis for an assignment of error on appeal. The jury's verdict is legal in all respects, and Defendant received a legal sentence. Accordingly, defense counsel's motion to withdraw will be granted.

## DECREE

Defendant's conviction and sentence are affirmed, and defense counsel's motion to withdraw is granted. See attached order.

**CONVICTION AND SENTENCE AFFIRMED; MOTION TO WITHDRAW GRANTED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.

11-835

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

STATE OF LOUISIANA

    Appellee

VERSUS

    RODGER HARRISON, JR.

    Defendant-Appellant

On Appeal from the Sixteenth Judicial District Court, Docket Number 07-1833, Parish of Iberia, State of Louisiana, Honorable James R. McClelland, Judge.

## **O R D E R**

    After consideration of appellate counsel's request to withdraw as counsel and the appeal presently pending in the above-captioned matter;

    IT IS HEREBY ORDERED that appellate counsel's motion to withdraw is granted.

    THUS DONE AND SIGNED this _____ day of _____, 2012.

                                    COURT OF APPEAL, THIRD CIRCUIT


                                    _____
                                    Judge Sylvia R. Cooks


                                    _____
                                    Judge Elizabeth A. Pickett


                                    _____
                                    Judge Phyllis M. Keaty